## ORDER

PER CURIAM.

Movant appeals denial of his Rule 24.035 motion for post conviction relief without an evidentiary hearing. The findings and conclusions of the motion court are not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for the order affirming the judgment. Judgment affirmed in accordance with Rule 84.16(b).

the trial court is supported by substantial evidence and is not against the weight of evidence; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

We further grant Respondent's motion for costs and attorney's fees on this appeal pursuant to Rule 90.18(c) and Rule 84.21.

**STATE of Missouri, Respondent,**

v.

**Steve RATCLIFF, Appellant.**

**Steve RATCLIFF, Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. 63570, 69392.

Missouri Court of Appeals,
Eastern District,
Division Five.

June 18, 1996.

**Karen A. BALDRIDGE, Appellant,**

v.

**COMMERCE BANK OF ST. LOUIS, N.A., Respondent.**

No. 68252.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 18, 1996.

W. Morris Taylor, William K. Meehan, Clayton, for appellant.

Gregory F. Herkert, James T. Barry, Jr., Clayton, for respondent.

Before CRAHAN, P.J., and CRANDALL and DOWD, JJ.

### ORDER

PER CURIAM.

Karen A. Baldridge ("Baldridge") appeals from the circuit court's judgment awarding Respondent costs and attorney's fees under Rule 90.18(b). We affirm. The judgment of

Ellen H. Flottman, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Blegen, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, C.J., AHRENS, J., and CHARLES B. BLACKMAR, Senior Judge.

### ORDER

PER CURIAM.

Defendant Steven Ratcliff appeals the judgment entered upon his conviction by a